

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## MEMORANDUM ORDER

Appellate case name:  Vanessa Jefferson v. Helen Fuller, and Associates Health Inc.

Appellate case number:  01-11-00199-CV

Trial court case number:      0835406

Trial court: 281st District Court of Harris County


     This Court ORDERS that the Clerk of the Court withdraw the mandate issued on September 13, 2012.

     It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
          ☑Acting individually


Date: September 19, 2012